107 F.3d 7
 Todd Elliott Koger
v.
County of Allegheny Department of Federal Programs, Bernard
Powers, Patricia Schaffner, Tom Forester, Pete Flaherty,
Larry Dunn, Kerry Kirkland, Stella Spells, Robert Grant,
Robert Connolly, Harris Wofford, George Simmons, Joe Retort,
David Thomas, Homer Floyd, Gov. Robert Casey
 NO. 95-3671
United States Court of Appeals,
Third Circuit.
 Jan 17, 1997
 
 Appeal From: W.D.Pa. , No. 95-cv-00339 ,
 Cohill, J.
 
 
 1
 Affirmed.